**Adib Eddie Ramez MAKDESSI, a/k/a
Eddie Makdessi, Petitioner–
Appellant,**

v.

**Bryan WATSON, Warden of Wallens
Ridge State Prison, Respondent–
Appellee.**

No. 10–6268.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 28, 2011.

Decided: March 9, 2011.

Adib Eddie Ramez Makdessi, Appellant
Pro Se. Leah A. Darron, Office of the
Attorney General of Virginia, Richmond,
Virginia, for Appellee.

Before NIEMEYER, KING, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

484

PER CURIAM:

Adib Eddie Ramez Makdessi seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006).

When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595. We have independently reviewed the record and conclude that Makdessi has not made the requisite showing.

Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny Makdessi's motions for transcripts and records at Government expense; to preserve his constitutional right to appeal; to compel the prison to grant access to the law library; and for a protective order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*